UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES W. HIMES, et al.,**

    Plaintiffs,

v.                                          Case No. 8:10-cv-411-T-30AEP

**DEPARTMENT OF CHILDREN AND
FAMILIES, STATE OF FLORIDA, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon pro se Plaintiffs' Motion to Seal Exhibits (Dkt. 8). In the motion, Plaintiffs seek to have certain exhibits attached to their Complaint filed under seal. According to Plaintiffs, these documents contain their minor children's full names.

For documents not statutorily authorized to be filed under seal, Middle District Local Rule 1.09(a) provides the standard a party must meet in order to file documents under seal. See M.D. Fla. R. 1.09(a) (2006). Local Rule 1.09(a) reads in part:

> A party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion . . . which includes (i) an identification and description of each item proposed for sealing (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal.

Id.

Plaintiffs have not adequately explained the reason that filing each item is necessary or explained why redacting the children's names is not an available or satisfactory alternative to sealing the documents. Absent such an explanation, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to File Attachments Under Seal (Dkt. 8) is **DENIED**.

2. The Clerk is directed to return the documents to the Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-411.mot. to seal.frm