**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JAMES W. HIMES, et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　Case No. 8:10-cv-411-T-30AEP

**DEPARTMENT OF CHILDREN AND
FAMILIES, STATE OF FLORIDA, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Plaintiffs filed an Amended Complaint following the Magistrate Judge's Order dismissing their original complaint for failure to comply with Federal Rule of Civil Procedure 8(a) and allowing an amendment. Plaintiffs's Amended Complaint still fails to comply with the standards of Rule 8(a). The Court concludes that the Amended Complaint should be dismissed.

Because Plaintiffs are proceeding *pro se*, the Court accepts all allegations as true and construes them more liberally than if prepared by an attorney. Plaintiffs bring this action under 42 U.S.C. §1983 against Defendants, alleging violations of the First, Ninth, and Fourteenth Amendments. The allegations are based on an incident in which the Defendants "assumed custody" of Plaintiffs' daughter and "negligent[ly] interfered with [their] parental rights." Dkt. 7 at 2-3).

Rule 8(a) provides that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a) (2007). The Amended Complaint, though slightly more detailed than the original Complaint, still fails to meet this requirement.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Amended Complaint (Dkt. 7) is DISMISSED without prejudice.

2. Plaintiffs shall have **TWENTY (20) DAYS** to amend their Complaint to conform to the requirements of Fed.R.Civ.P. 8(a) and the Local Rules governing proceedings in this district. In order to avoid dismissal of this action, Plaintiffs must set forth the basis for this Court's jurisdiction, specific facts about the nature of the alleged violations, grounds upon which they seek relief, and sufficient information for the Defendants to respond to their claims. Failure to comply with this Order within the allotted time shall result in **dismissa**l of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-411.dismiss 8(a).frm