**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES W. HIMES, *pro se*, et al.,

    Plaintiff(s),

v.                                              Case No: 8:10-CV-411-T-30AEP

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #18) and the Objections (Dkt. #19) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Motions for Leave to Proceed *In Forma Pauperis* (Dkts. #16, #17) are GRANTED as to Plaintiffs' claims against Defendants Jennie Thomas and Trista Sampson.

3. Plaintiffs' prior Motions for Leave to Proceed *In Forma Pauperis* (Dkts. #3, #4, #5) are DENIED as moot.

4. Plaintiffs' claims against Defendants George Sheldon, David Gee, and the Attorney General, State of Florida in their official capacities, as well as Plaintiffs' claims against the Hillsborough County Sheriff's Office and Department of Children and Family Services are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Clerk of Court is directed to correct the case caption to reflect the dismissal of Defendants George Sheldon, David Gee, Attorney General, State of Florida, the Hillsborough County Sheriff's Office, and Department of Children and Family Services.

6. Plaintiffs are directed to complete and return the "Summons in a Civil Case" form to the Clerk within twenty (20) days of the date of this Order, whereupon the United State Marshal is directed to serve said summon(s) upon the appropriate parties.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-411.adopt 18.wpd