**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES W. HIMES,** *pro se,* **et al.,**

    **Plaintiffs,**

v.                                                                  Case No.  8:10-cv-411-T-30AEP

**DEPARTMENT OF CHILDREN AND**
**FAMILIES, STATE OF FLORIDA, et al.,**

    **Defendants.**
_____/

**ORDER**

      THIS CAUSE comes before the Court *sua sponte*.  On October 28, 2010, Defendants Jennie Thomas and Trista Sampson filed their second Motion to Dismiss.  Apparently in response to the motion, Plaintiffs filed their Fifth Amended Complaint.  At this stage of the proceedings, Plaintiffs are not entitled to file an amended complaint without leave of Court.  However, the Court will accept the Fifth Amended Complaint and apply Defendants' Motion to Dismiss to the most recent complaint.  Though not required by the Court, Defendants may file a supplement to their motion to dismiss within ten days of this Order.

      It is therefore ORDERED AND ADJUDGED that:

      1.     Plaintiffs' Fifth Amended Complaint (Dkt. 35) is accepted as the prevailing complaint in this action.

2. Defendants Jennie Thomas and Trista Sampson may file a supplement to their motion to dismiss within ten (10) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1037.misc.frm